# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ISAAC L. WATKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1542

_____

December 20, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Lon S. Arend, Judge.

Isaac L. Watson, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, MORRIS, and LABRIT JJ., Concur.

_____

Opinion subject to revision prior to official publication.